# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 13-277 |
| | : | |
| v. | : | Hon. Dennis M. Cavanaugh |
| | : | |
| TIMOTHY GRAY | : | **CONSENT JUDGMENT AND FINAL ORDER OF RESTITUTION** |

The defendant, Timothy Gray, having pled guilty on April 24, 2013, to a one-count Information charging him with possession of child pornography in violation of 18 U.S.C. § 2252A(a)(2)(A) and (b)(1); and the victims identified as: "Cindy" (whose image is depicted in the "Cindy" series of child pornography); "John Doe I," "John Doe II," "John Does III," "John Doe IV," and "John Doe V" (whose images are depicted in the "8 Kids" series of child pornography); and "J" (whose image is depicted in the "J_Blonde" series of child pornography), having submitted restitution requests to the Court pursuant to the Mandatory Restitution for Sex Crimes section of the Violence Against Women Act of 1994 (VAWA), codified in Title 18, United States Code § 2259; and the Defendant having agreed, accepted and stipulated to a final order for restitution as set forth below; and for good cause shown;

IT IS, therefore, on this _18_ day of December, 2013,

ORDERED that the defendant, Timothy Gray, shall pay restitution to "Cindy" in the amount of $1,500; and it is further

ORDERED that the defendant, Timothy Gray, shall pay restitution to "John Doe I" in the amount of $1,500; and it is further

ORDERED that the defendant, Timothy Gray, shall pay restitution to "John Doe II" in the amount of $1,500; and it is further

ORDERED that the defendant, Timothy Gray, shall pay restitution to "John Doe III" in the amount of $1,500; and it is further

ORDERED that the defendant, Timothy Gray, shall pay restitution to "John Doe IV" in the amount of $1,500; and it is further

ORDERED that the defendant, Timothy Gray, shall pay restitution to "John Doe V" in the amount of $1,500; and it is further

ORDERED that the defendant, Timothy Gray, shall pay restitution to "J" in the amount of $1,500; and it is further

ORDERED that the restitution is payable immediately; during the period of his incarceration, the Defendant shall make payments toward the financial obligations in this Order in accordance with the Inmate Financial Responsibility Program; upon release from incarceration, the Defendant shall pay restitution at a monthly rate to be determined by the Court; these payments do not preclude the government from using other assets or income of the Defendant to satisfy his restitution obligation.

HON. DENNIS M. CAVANAUGH
United States District Judge

The undersigned hereby consent to the entry of this Order:

Susan Cassell, Esq.
Counsel for defendant Timothy Gray

Elizabeth M. Harris
Assistant U.S. Attorney

2